AO 245C   (Rev. 2/18 - VAW Additions 05/17) Amended Judgment in Criminal Case
Sheet 2 - Imprisonment

(NOTE: Identify Changes with Asterisks (*))

Judgment - Page 2 of 7

DEFENDANT: DORIS MARIE SHUMATE
CASE NUMBER: DVAW117CR000037-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
Eight (8) months. This term consists of 8 months on each of Counts 1, 3 and 5, all to be served concurrently.

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

NOV 13 2018

JULIA C. DUDLEY, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

[X] The court makes the following recommendations to the Bureau of Prisons:

That the defendant receive appropriate mental health treatment while imprisoned.

That the defendant be designated to the Alderson, WV facility, in order to facilitate visits by family members.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

[ ] at _____ [ ] a.m. [ ] p.m. on _____

[ ] as notified by the United States Marshal.

[X] * The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[X] * after October 12, 2018 as notified by the United States Marshal

[ ] as notified by the United States Marshal.

[ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered *v/s* on __10-25-18__ to __FPC Alderson__

a __Alderson, WV__, with a certified copy of this judgment.

J. Saad Acting Warden
UNITED STATES MARSHAL

By _____ CSO
DEPUTY UNITED STATES MARSHAL